# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0045, <u>Femi Isijola v. Director, New Hampshire Division of Motor Vehicles</u>, the court on November 18, 2021, issued the following order:**

Having considered the brief and reply brief of the plaintiff, Femi Isijola, the memorandum of law of the defendant, the Director of the New Hampshire Division of Motor Vehicles, and the record submitted on appeal, including the trial court's well-reasoned order, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the plaintiff has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>see</u> <u>also</u> <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**